IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| : | CRIMINAL ACTION FILE |
| v. : | NO. 1:14-cr-00146-ODE-GGB-2 |
| : | |
| CUREL TAYLOR, : | |
| Defendant. : | |
| _____: | |

## MOTION FOR MEDICAL CONTINUANCE

**COMES NOW** Counsel for the above Defendant and moves this Court to continue the above trial, and for the following reasons:

(1)

Counsel had a medical episode on April 15, 2015 that involved a temporary loss of vision in the left eye and upon presentation that day at the office of his eye doctor a blood pressure reading of 188/115.

(2)

Counsel presented himself at Kaiser to his treating Physician on April 16, 2015 and his blood sugar level was 240.

(3)

On April 19, 2015 Counsel had another temporary vision loss episode and presented himself on April 20, 2015 to Kaiser Urgent Care Center for testing, including MRI done on April 21, 2015.

(4)

Counsel presented himself to his treating physician on April 22, 2015 and was advised that he had a blocked artery on the right side of his torso and that the loss of sight episode was "threatened stroke".

(5)

Counsel was referred to neurosurgery on April 22, 2015 by his treating physician and April 23, 2015 the Neurosurgery physician consulted with the treating physician and referred Counsel to a Neurologist and further testing of Brain MRI and Chest/Heart EKG to be done on April 30, 2015.

(6)

Counsel's doctor has recommended that Counsel not engage in any stressful activity pending further consult with his physicians.

(7)

Counsel can provide medical records to the Court and opposing Counsel under seal.

(8)

The Government and Counsel are actively negotiating a plea agreement.

(9)

Counsel agrees that all time granted hereunder will be excludable under the Speedy Trial Act and that no trial be scheduled until the fall of 2015.

(10)

Counsel has a follow up doctor's visit on May 5, 2015.

**RESPECTFULLY SUBMITTED,** this 28th day of April, 2015.

*/s/ Dwight L. Thomas*
Dwight L. Thomas
Attorney at Law
Georgia Bar No. 704825

2296 Henderson Mill Road, Ste. 407
Atlanta, Georgia 30345
(404) 522-1400

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| | : CRIMINAL ACTION FILE |
| v. | : NO. 1:14-cr-00146-ODE-GGB-2 |
| | : |
| CUREL TAYLOR, | : |
|     Defendant. | : |
| _____ | : |

## CERTIFICATE OF SERVICE

I have this day served a copy of the foregoing ***MOTION FOR MEDICAL CONTINUANCE*** using the ECF system, which will send notification of such filing to the following:

Honorable John S. Ghose
Assistant United States Attorney
Northern District of Georgia
600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303

**RESPECTFULLY SUBMITTED,** this 28th day of April, 2015.

                                             ***/s/ Dwight L. Thomas***
                                             Dwight L. Thomas
                                             Attorney at Law
                                             Georgia Bar No. 704825

2296 Henderson Mill Road, Ste. 407
Atlanta, Georgia 30345
(404) 522-1400